

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00614-CR

The **STATE** of Texas,
Appellant

v.

Preston Mitchell **EVANS**,
Appellee

From the County Court, Bandera County, Texas
Trial Court No. 14-00360
Honorable Richard A. Evans, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED July 20, 2016.

Karen Angelini, Justice